**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7691

STEVEN A. SMITH,

              Petitioner – Appellant,

     v.

DARLENE DREW,

              Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   Richard M. Gergel, District Judge.  (0:10-cv-00297-RMG)

Submitted:  April 28, 2011          Decided:  May 3, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven A. Smith, Appellant Pro Se. Barbara Murcier Bowens, Beth Drake, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven A. Smith, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Drew, No. 0:10-cv-00297-RMG (D.S.C. Nov. 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED